| AO 10 Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Noreika, Maryellen | U.S. District Court, Delaware | 05/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge -- Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States Courthouse
844 King Street
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Family Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UC Berkeley | 02/26/20-02/28/20 | Berkeley, California | Participate in panel on patent law | air fare, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. xlcAlly Bank Account | D | Interest | O | T | | | | | |
| 2. American Express Bank Account | A | Interest | K | T | | | | | |
| 3. Bank of America Bank Account | A | Interest | J | T | | | | | |
| 4. Barclay's Bank Account | A | Interest | K | T | | | | | |
| 5. Capitol One Bank Account | D | Interest | J | T | | | | | |
| 6. Discover Bank Account | C | Interest | M | T | | | | | |
| 7. First National Bank of Omaha Bank Account | A | Interest | K | T | | | | | |
| 8. Synchrony Bank Account | C | Interest | M | T | | | | | |
| 9. M&T Bank Account | A | Interest | J | T | | | | | |
| 10. UBS Bank Money Market Fund | B | Interest | K | T | | | | | |
| 11. Vanguard 500 Index Fund (VFIAX) | E | Dividend | P1 | T | | | | | |
| 12. Vanguard Emerging Markets Fund (VEMAX) | B | Dividend | L | T | | | | | |
| 13. Vanguard Energy Fund (VGELX) | A | Dividend | J | T | | | | | |
| 14. Vanguard Extended Market Fund (VEXAX) | A | Dividend | L | T | | | | | |
| 15. Vanguard Health Fund (VGHCX) | A | Dividend | J | T | | | | | |
| 16. Vanguard Intermediate-Term Fund Tax-Exempt (VWIUX) | B | Interest | L | T | | | | | |
| 17. Vanguard International Value Fund (VTRIX) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Vanguard Municipal Money Market Fund (VMSXX) | A | Interest | J | T | | | | | |
| 19. Vanguard REIT Fund (VGSLX) | A | Dividend | K | T | | | | | |
| 20. Vanguard Wellington Fund (VWELX) | B | Dividend | L | T | | | | | |
| 21. Vanguard Wellesley Fund (VWIAX) | B | Dividend | L | T | | | | | |
| 22. Cohen & Steers Infrastructure Fund Inc. (UTF) | B | Dividend | L | T | Buy | 05/21/20 | L | | |
| 23. Eaton Vance Tax Advantaged Dividend Income (EVT) | E | Dividend | N | T | | | | | |
| 24. Invesco Oppenheimer Developing Markets Fund (ODVYXL) | A | Dividend | L | T | | | | | |
| 25. ISHARES CORE HIGH DIVID ETF (HDV) | D | Dividend | N | T | | | | | |
| 26. ISHARES CORE S&P 500 ETF (IVV) | D | Dividend | N | T | | | | | |
| 27. ISHARES EDGE MSCI MIN VOL USA (USMV) | B | Dividend | M | T | | | | | |
| 28. ISHARES EDGE MSCI USA VALUE WEIGHTED INDEX FUND ETF (VLUE) | D | Dividend | N | T | | | | | |
| 29. ISHARES GLOBAL 100 ETF (IOO) | D | Dividend | N | T | | | | | |
| 30. John Hancock Classic Value Fund (MHJCHM) | A | Dividend | L | T | | | | | |
| 31. LEGG MASON LO VOL HI DIV ETF (LVHD) | B | Dividend | M | T | Buy (add'l) | 02/13/20 | K | | |
| 32. Microsoft Corp. | B | Dividend | M | T | | | | | |
| 33. VANGUARD MEGA CAP GROWTH ETF (MGK) | B | Dividend | O | T | | | | | |
| 34. Voya Large-Cap Growth Fund (PCLIX) | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Wells Fargo Emerging Growth Fund (WEMIX) | A | Dividend | K | T | | | | | |
| 36. Willliam Blair International Growth Fund | A | Dividend | L | T | | | | | |
| 37. Comm Services Select Sector ETF (XLC) | A | Dividend | | | Sold (part) | 03/03/20 | J | A | |
| 38. | | | | | Sold (part) | 05/26/20 | J | A | |
| 39. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 40. | | | | | Sold | 07/22/20 | J | A | |
| 41. Consumer Discretionary Select Sector SPDR Fund ETF (XLY) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | A | |
| 42. | | | | | Sold (part) | 03/30/20 | J | A | |
| 43. | | | | | Buy (add'l) | 07/22/20 | J | | |
| 44. Health Care Select Sector SPDR Fund (XLV) | A | Dividend | J | T | Buy | 05/26/20 | J | | |
| 45. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 46. Industrial Select Sector SPDR Fund ETF (XLI) | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 47. IShares Core MSCI EAFE ETF (IEFA) | A | Dividend | K | T | Buy (add'l) | 01/13/20 | J | | |
| 48. | | | | | Sold (part) | 03/30/20 | K | A | |
| 49. | | | | | Buy (add'l) | 05/26/20 | K | | |
| 50. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 51. IShares Core MSCI Emerging Markets ETF (IEMG) | A | Dividend | K | T | Buy (add'l) | 01/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 53. | | | | | Sold<br>(part) | 03/30/20 | K | A | |
| 54. | | | | | Buy<br>(add'l) | 05/26/20 | K | | |
| 55. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 56. IShares Core S&P (IJR) | A | Dividend | K | T | Sold<br>(part) | 05/26/20 | J | A | |
| 57. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 58. IShares MSCI Brazil ETF DE (EWZ) | | None | | | Buy | 01/13/20 | J | | |
| 59. | | | | | Sold | 03/30/20 | J | A | |
| 60. IShares MSCI China ETF (MCHI) | A | Dividend | J | T | Sold<br>(part) | 01/13/20 | J | A | |
| 61. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 62. | | | | | Sold<br>(part) | 05/26/20 | J | A | |
| 63. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 64. IShares Core MSCI EAFE ETF DE (EFA) | A | Dividend | K | T | Sold<br>(part) | 01/13/20 | J | A | |
| 65. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 66. | | | | | Sold<br>(part) | 03/30/20 | K | A | |
| 67. | | | | | Buy<br>(add'l) | 05/26/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Noreika, Maryellen | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IShares MCSI India ETF DE (INDA) | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 70. Ishares MSCI Japan ETF (EWJ) | | None | | | Sold | 03/03/20 | J | A | |
| 71. IShares Russell Mid-Cap Growth ETF (IWP) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | A | |
| 72. | | | | | Sold (part) | 05/26/20 | J | A | |
| 73. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 74. IShares Russell Mid-Cap Value ETF (IWS) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | A | |
| 75. | | | | | Sold (part) | 05/26/20 | J | A | |
| 76. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 77. Pimco Enhanced Short MAT Active Exchange-Traded (MINT) | A | Dividend | | | Sold | 01/13/20 | J | A | |
| 78. Vanguard Growth ETF (VUG) | A | Dividend | K | T | Sold (part) | 01/13/20 | J | A | |
| 79. | | | | | Sold (part) | 03/03/20 | J | A | |
| 80. | | | | | Sold (part) | 05/26/20 | J | A | |
| 81. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 82. | | | | | Sold (part) | 07/22/20 | J | A | |
| 83. Vanguard Mid-Cap ETF (VO) | A | Dividend | K | T | Sold (part) | 03/03/20 | J | A | |
| 84. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 85. | | | | | Buy (add'l) | 06/09/20 | J | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000

(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000

(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000

P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market

(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 87.   Vanguard Value ETF (VTV) | A | Dividend | K | T | Sold<br>(part) | 03/03/20 | J | A | |
| 88. | | | | | Sold<br>(part) | 05/26/20 | J | A | |
| 89. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 90. | | | | | Sold<br>(part) | 07/22/20 | J | A | |
| 91.   Consumer Staples Select Sector SPDR Fund<br>ETF (XLP) | A | Dividend | L | T | Buy<br>(add'l) | 01/13/20 | K | | |
| 92. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 93. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 94. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 95. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 96.   Industrial Select Sector SPDR Fund ETF<br>(XLI) | B | Dividend | M | T | Buy<br>(add'l) | 01/13/20 | J | | |
| 97. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 98. | | | | | Sold<br>(part) | 03/30/20 | L | A | |
| 99. | | | | | Buy<br>(add'l) | 06/09/20 | K | | |
| 100. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 101. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 102.   IShares Edge MSCI USA Momentum Factor<br>(MTUM) | A | Dividend | L | T | Sold<br>(part) | 01/13/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 03/03/20 | K | A | |
| 104. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 105. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 107. IShares Edge MSCI Quality Factor (USA) (QUAL) | A | Dividend | K | T | Sold<br>(part) | 01/13/20 | J | A | |
| 108. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 109. | | | | | Sold<br>(part) | 03/30/20 | J | A | |
| 110. | | | | | Buy<br>(add'l) | 05/26/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 114. Material Select Sector (XLB) | B | Dividend | K | T | Buy<br>(add'l) | 01/13/20 | J | | |
| 115. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 116. | | | | | Sold<br>(part) | 03/30/20 | J | A | |
| 117. | | | | | Buy<br>(add'l) | 06/09/20 | K | | |
| 118. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Vanguard Communication Services ETF (VOX) | B | Dividend | M | T | Buy (add'l) | 01/13/20 | L | | |
| 121. | | | | | Sold (part) | 03/03/20 | J | A | |
| 122. | | | | | Sold (part) | 06/09/20 | J | A | |
| 123. | | | | | Buy (add'l) | 07/22/20 | J | | |
| 124. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 125.  Vanguard Consumer (VCR) | A | Dividend | N | T | Buy (add'l) | 01/13/20 | K | | |
| 126. | | | | | Sold (part) | 03/03/20 | K | A | |
| 127. | | | | | Sold (part) | 03/30/20 | L | A | |
| 128. | | | | | Buy (add'l) | 05/26/20 | K | | |
| 129. | | | | | Buy (add'l) | 06/09/20 | K | | |
| 130. | | | | | Buy (add'l) | 07/22/20 | J | | |
| 131. | | | | | Buy (add'l) | 11/10/20 | K | | |
| 132.  Vanguard Energy ETF (VDE) | B | Dividend | | | Sold (part) | 01/13/20 | K | A | |
| 133. | | | | | Sold (part) | 03/03/20 | J | A | |
| 134. | | | | | Sold (part) | 03/30/20 | J | A | |
| 135. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 136. | | | | | Buy (add'l) | 07/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold | 10/28/20 | J | A | |
| 138.   Vanguard Financials ETF (VFH) | C | Dividend | M | T | Buy<br>(add'l) | 01/13/20 | K | | |
| 139. | | | | | Sold<br>(part) | 03/03/20 | K | A | |
| 140. | | | | | Sold<br>(part) | 03/30/20 | L | A | |
| 141. | | | | | Buy<br>(add'l) | 05/26/20 | K | | |
| 142. | | | | | Buy<br>(add'l) | 06/09/20 | K | | |
| 143. | | | | | Buy<br>(add'l) | 07/22/20 | K | | |
| 144. | | | | | Sold<br>(part) | 10/28/20 | M | A | |
| 145. | | | | | Buy<br>(add'l) | 11/10/20 | M | | |
| 146.   Vanguard Healthcare ETF (VHT) | A | Dividend | M | T | Sold<br>(part) | 01/13/20 | J | A | |
| 147. | | | | | Sold<br>(part) | 03/03/20 | K | A | |
| 148. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 149. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 150. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 151.   Vanguard Information (VGT) | A | Dividend | O | T | Sold<br>(part) | 01/13/20 | J | A | |
| 152. | | | | | Sold<br>(part) | 03/03/20 | K | A | |
| 153. | | | | | Sold<br>(part) | 06/09/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 155. | | | | | Buy<br>(add'l) | 11/10/20 | L | | |
| 156. Vanguard Real Estate ETF (VNQ) | C | Dividend | K | T | Buy | 01/13/20 | K | | |
| 157. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 158. | | | | | Sold<br>(part) | 03/30/20 | K | A | |
| 159. | | | | | Buy<br>(add'l) | 05/26/20 | J | | |
| 160. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 161. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 162. | | | | | Sold<br>(part) | 10/28/20 | K | A | |
| 163. | | | | | Buy<br>(add'l) | 11/10/20 | K | | |
| 164. Vanguard Utilities ETF (VPU) | B | Dividend | K | T | Buy | 01/13/20 | J | | |
| 165. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |
| 166. | | | | | Sold<br>(part) | 03/30/20 | J | A | |
| 167. | | | | | Buy<br>(add'l) | 05/26/20 | J | | |
| 168. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 169. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 170. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Invesco KBW Bank ETF (KBWB) | | None | | | Sold | 01/13/20 | L | A | |
| 172.  IShares Transn Average (IYT) | | None | | | Sold | 01/13/20 | K | A | |
| 173.  IShares Nasdaq Biotechnology ETF (IBB) | | None | | | Sold | 01/13/20 | K | A | |
| 174.  ANNE ARUNDEL COUNTY MD CON BE/R/ | C | Interest | | | Matured | 10/01/20 | K | A | |
| 175.  AUSTIN TX FOR ISSUES DA BE/R/ MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 176.  BEXAR CNTY TX FOR ISSUE BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 177.  COLORADO HEALTH FACS AUT SR B BE/R/ MUNICIPAL BOND | A | Interest | | | Matured | 01/01/20 | J | A | |
| 178.  COLORADO ST COP MASTER SR A RV BE/R/ | | None | K | T | Buy | 10/02/20 | K | | |
| 179.  DELAWARE TRANS AU SYS REV BE/R MUNICIPAL BOND | B | Interest | M | T | | | | | |
| 180.  GEORGIA ST SR D BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 181.  HENRICO CNTY VA BE/R/ MUNICIPAL BOND | A | Interest | | | Matured | 07/15/20 | K | A | |
| 182.  HENRICO CO VA WTR SWR RV BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 183.  HOUSTON SR A BE/R/ MUNICIPAL BOND | C | Interest | K | T | | | | | |
| 184.  HOUSTON TX UTIL SYS FOR SR B RV BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 185.  HOWARD COUNTY MD SR B BE/R | A | Interest | L | T | | | | | |
| 186.  LEXINGTON COUNTY SC SCHOOL DISTRICT BE/R | B | Interest | | | Matured | 03/01/20 | K | A | |
| 187.  LOUISVILLE JEFFERSON KY NTS BE/R/ MUNICIPAL BOND | A | Interest | | | Matured | 10/23/20 | K | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. MASS ST GO CONSOL MUNICIPAL BOND | C | Interest | L | T | | | | | |
| 189. METRO ATLANTA RAPID TRANSPORT MUNICIPAL BOND | A | Interest | L | T | | | | | |
| 190. MONTGOMERY CNTY MD CONS BE/R/ MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 191. NEW MEXICO FIN AUT TRANS SR B RV BE/R/ MUNICIPAL BOND | A | Interest | | | Redeemed | 10/28/20 | K | A | |
| 192. NORTH CAROLINA STATE SR A BE/R MUNICIPAL BOND | A | Interest | K | T | Buy (add'l) | 10/30/20 | K | | |
| 193. ORANGE COUNTY FLORIDA SCHOOL BD MUNICIPA BOND | B | Interest | K | T | | | | | |
| 194. OREGON STATE BOARD HIGHER EDUCATION MUNICIPAL BOND | B | Interest | L | T | | | | | |
| 195. PARKER CO WTR & SANTN DI BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 196. PRINCE GEORGES CTY MD BE/R MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 197. PRINCETON NJ BE/R/ | | None | K | T | Buy | 12/03/20 | K | | |
| 198. RUTHERFORD CNTY TN BE/R/ MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 199. SOUTH CAROLINA ST FOR IS BE/R/ MUNICIPAL BOND | C | Interest | K | T | Buy (add'l) | 01/07/20 | K | | |
| 200. ST OF WA GO SR B BE/R/ MUNICIPAL BOND | C | Interest | K | T | | | | | |
| 201. TENNESSEE ST BE/R/ MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 202. TEXAS ST BE/R/ | A | Interest | K | T | Buy | 04/20/20 | K | | |
| 203. UNVERSITY OF TEXAS UNIV REVS SR D RV BE/R MUNICIPAL BOND | A | Interest | L | T | | | | | |
| 204. UTAH ST GO BDS BE/R MUNICIPAL BOND | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. VIRGINIA PORT AU CMNWLTH SR B RV BE/R/ | | None | K | T | Buy | 07/22/20 | K | | |
| 206. WASHINGTON SUBN SAN BE/R/ MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 207. WISCONSIN ST HEALTH & ED SR A BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 208. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For Part I. Positions: I do not receive any income from the trust listed and have no beneficial interest in it.

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 05/10/2021 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Maryellen Noreika**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544